UNITED STATES DISTRICT COURT OF MINNESOTA

Billy E McCoy,

      Plaintiff,

v.

City of Richfield Police Department

      Defendants,

Complaint Alleging Unlawful Arrest and False Imprisonment

1. Plaintiff Billy E McCoy is a resident of Minneapolis, Minnesota. City of Richfield Police Department is located in the city of Richfield and the State of Minnesota.
2. This action is brought for damages and other appropriate relief under 42 U.S.§ 1983 for violation of the Plaintiff's civil rights under the color of state law.
3. Jurisdiction is conferred upon this court by 28 U.S.C§ 1331 and 28 U.S.C (a)(3). Venue of this action is proper under 28 U.S.C.§1391(b).
4. On or about September 23, 2011 at approximately 11:30 a.m., heavily armed officers from the Richfield Police Department arrested Plaintiff for Terroristic Threats and Reckless Endangerment. Plaintiff was taken to the Hennepin County Jail.
5. Plaintiff alleges that he was arrested without probable cause by Defendants who coerced alleged victim to agree with Defendant's false police report or face arrest herself. Plaintiff alleges that Defendant's abused their position as officers of the law for retaliation for previous lawsuit where Defendant's pleaded no contest for unlawful arrest, for Plaintiff refusal to become a police informant and Plaintiff complains to Defendant's superiors for harassments, random searches without probable cause and malicious threats.
6. Defendant further targeted Plaintiff's friends, falsified police reports and made multiple threats, randomly and wantonly visited Plaintiff's home conducting unlawful police activity in a continuous and unbroken sequence using pretexts for the purpose of private ends during a five years period.
7. As a result of the above described police actions and customs, police officers of the city of Richfield believe that their actions would not be properly monitored by supervisory officers and that their misconduct would not be investigated or sanctioned, but would be tolerated.
8. Plaintiff explicitly complained to Defendant's superior through numerous emails and phone calls; the gross indifference on the part of the policy makers of the Richfield Police Department demonstrates indifference to the constitutional rights of persons within the city and was the cause of the violation of Plaintiff's rights alleged herein.

9. Plaintiff has and continued to suffer loss of wages, loss of personal reputation, emotional trauma, humiliation and fear of these Defendants and their superiors as a consequence of being unlawfully arrested and false imprisonment on criminal charges.
10. Where, Plaintiff pray that as a matter of law, judgment be found against the Defendants in the amount of $250,000 for compensatory damages as well as punitive damages together with such other relief as the Court may deem appropriate to deter similar misconduct.

Date 1-9-12

Billy E McCoy
PO Box 2481
Minneapolis, MN 55402
612-414-3731