January 24, 2013


Mr. Billy E. McCoy

PO Box 2481

Minneapolis, MN 55402


Re:   McCoy v. City of Richfield Police Department

Case No.   13-CV-81 DWF-TNL


Dear Mr. McCoy:


Unlike criminal cases where there is a legal right to counsel, a person filing a civil case such

as yours has no legal right to have the Court appoint a lawyer to assist him or her.   However,

the Minnesota Chapter of the Federal Bar Association (FBA) operates a program of volunteer

lawyers who donate their time to assist unrepresented individuals.   The program is called the

FBA *Pro Se* Project.   Your case is being referred to the FBA *Pro Se* Project and you may be

able to obtain a lawyer at no cost to you through this program.

If you choose to participate in the *Pro Se* Project, the Coordinator, Tiffany Sanders, will attempt to put you in contact with a lawyer who will provide you with a general opinion on the merits of your claims and offer you advice on how to proceed.   The volunteer lawyer may agree to represent you, but there is no requirement that he or she do so or that any lawyer be appointed to assist you.   If you would like a volunteer lawyer to review your case, you must inform Ms. Sanders of your desire to participate in the *Pro Se* Project.

If you choose not to participate in the program, or if a lawyer does not agree to represent you, your case will proceed and you will continue to appear *pro se*; that is, on your own behalf. Regardless of whether a lawyer represents you, every case in Federal Court is governed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Minnesota.   Just as a lawyer would, you will need to comply with these rules if you continue to appear *pro se*.

The contact information for the FBA *Pro Se* Coordinator appears below.   If you do not hear from Ms. Sanders within seven days of this letter and you are interested in participating in the FBA *Pro Se* Project attorney referral program, please contact Ms. Sanders directly.

Tiffany Sanders

FBA *Pro Se* Project Coordinator

P.O. Box 24378

Minneapolis, MN 55424

(612) 965-3711

proseproject@q.com

Very Truly Yours,

_s/ KMF_____

Judicial Assistant